IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| FREDERICK BANKS, #05711-068 | PETITIONER |
| VERSUS | CIVIL ACTION NO. 5:09cv148-DCB-MTP |
| BRUCE PEARSON, Warden | RESPONDENT |

<u>consolidated with</u>

| | |
|---|---|
| FREDERICK BANKS, #05711-068 | PETITIONER |
| VERSUS | CIVIL ACTION ON. 5:09cv174-DCB-MTP |
| K. EVERETT, et al. | RESPONDENTS |

<u>ORDER</u>

This matter is before the court, <u>sua</u> <u>sponte</u>. On October 26, 2009, an order was entered in the above referenced civil actions which consolidated the instant petitions for habeas relief filed pursuant to 28 U.S.C. § 2241. Upon further review of the petitions, this court finds that in civil action number 5:09cv174DCB-MTP the petitioner has named as respondents the following: Bruce Pearson, Warden; K. Everett, L. Chisolm, Phillip Jackson, Eric Holder, and President Barack Obama. The proper party respondent in these actions is the petitioner's custodian, Bruce Pearson, Warden - FCI Yazoo. <u>See</u> 28 U.S.C. § 2243. Therefore, it is

ORDERED that the clerk is directed to dismiss the following respondents: K. EVERETT, L. CHISOLM, PHILLIP JACKSON, ERIC HOLDER, and PRESIDENT BARACK OBAMA.

This the  28th   day of October, 2009.

             s/David Bramlette
             UNITED STATES DISTRICT JUDGE